# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 06, 2017

Mr. Robert L. Abell
Law Office
120 N. Upper Street
Lexington, KY 40507

      Re: Case No. 17-6314, *USA v. Lesa Chaney*
            Originating Case No. : 6:14-cr-00037-2

Dear Counsel,

   This appeal has been docketed as case number **17-6314** with the caption that is enclosed on a separate page.

   As defendant's trial counsel, your appointment under the Criminal Justice Act is extended automatically pursuant to Sixth Circuit Rule 12(c)(2). **This letter serves as your authorization to order any transcript which you deem necessary for the appeal.** Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 20, 2017**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

       Appellant:   Appearance of Counsel
                       Application for Admission to 6th Circuit Bar (if applicable)

       Appellee:   Appearance of Counsel
                       Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **November 20, 2017**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Briston S. Mitchell
                                          Case Manager
                                          Direct Dial No. 513-564-7082

cc:  Mr. Charles P. Wisdom Jr.

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 17-6314

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LESA L. CHANEY

    Defendant - Appellant