UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 6:14-cr-00037-GFVT-HAI |
| ) | |
| V. ) | |
| ) | **ORDER** |
| JAMES ALVIN CHANEY, M.D, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a pending Motion for Preliminary Judgment of Forfeiture. [R. 385.] The Government filed its initial Motion for Preliminary Judgment of Forfeiture on November 4, 2016. [*Id.*] Defendants James Alvin Chaney and Lesa L. Chaney flied responses in opposition on November 16, 2016. [R. 389; R. 390.] Subsequent a lengthy trial but prior to sentencing, the United States filed what was styled as a Motion to Dismiss Certain Property from Forfeiture on August 29, 2017. [R. 461.] This Motion, and accompanying attachments, identified several items of property listed in the initial Preliminary Judgment of Forfeiture on which the Government no longer sought forfeiture. [*Id.*] This Motion also included a revised Preliminary Judgment of Forfeiture. [*See* R. 461-1.] The Court did not rule on forfeiture prior to sentencing. At sentencing, the parties discussed forfeiture, and the items identified by the Government for forfeiture, and the Court ultimately granted the Governments Motion to Dismiss Certain Property from Forfeiture. [*See* R. 480; R. 481; R. 482.] Because the parties represented that they would continue discussing forfeiture, the Court

deferred ruling on a Preliminary Judgment of Forfeiture.  [*See* R. 480; R. 481; R. 482.]  To date, neither party has updated the Court on the negotiations involving forfeiture.

**ACCORDINGLY**, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the Government and the attorneys for Defendants **SHALL,** within 14 days of the date on which this order is entered, file in the record memorandums discussing the issue of forfeiture and whether a hearing is needed to resolve the outstanding motion.

This the 24th day of April, 2018.

Gregory F. Van Tatenhove
United States District Judge