UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
No. 6:14-CR-37-SS-2-GFVT-HAI

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>            Plaintiff              )<br>                                              )<br>vs.                                         )<br>                                              )<br>LESA L. CHANEY,            )<br>                                              )<br>            Defendant         )<br>                                              ) | **Response to Motion to For Preliminary Motion for Forfeiture** |

The Court entered on October 27, 2017, an amended judgment requiring Mrs. Chaney to pay restitution in the amount $12,703,796.00 of which $6,705,056.00 is payable to the United States. This amount was determined following trial and two days of evidentiary hearings in August 2017. Accordingly, the government's request that Mrs. Chaney be ordered to forfeit an additional $18 million dollars to it is totally unfounded. Accordingly, the government's motion that Mrs. Chaney be ordered to forfeit to it $18 million dollars should be **denied.**

Mrs. Chaney does not request a hearing on the government's motion.

Respectfully submitted,

BY:  /s/Robert L. Abell
ROBERT L. ABELL
120 N. Upper St.
Lexington, KY 40507
859-254-7076 (phone)
859-281-6541 (fax)
E-mail: Robert@RobertAbellLaw.com
COUNSEL FOR DEFENDANT
LESA L. CHANEY

## Certificate of Service

I certify that on May 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following: All Counsel of Record.

>BY: s/Robert L. Abell
>Robert L. Abell
>COUNSEL FOR DEFENDANT
>LESA L. CHANEY